# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2273
Lower Tribunal No. 2020-CF-007181

_____

JENNIFER ASHLEY PRENDERGAST,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

December 9, 2025

PER CURIAM.

AFFIRMED.

WHITE, MIZE and KAMOUTSAS, JJ., concur.


William R. Ponall, Eric J. Sorice, and Laura L. Cepero, of Ponall Law, Maitland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Samuel A. Perrone, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED